```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

 IN RE:                                            CASE NO. 07 B 15365
    ARLENDER THIGPEN
                                                   CHAPTER 13

                                                   JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-1676


 ----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
 ----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
 Final Report and Account of the administration of the estate pursuant to
 11 USC 1302(b)(1).

    1.  The case was filed on 08/23/07 and confirmed on 11/08/07.

    2.  The case was dismissed after confirmation, 07/11/2008.

    3.  The Debtor paid a total of $    617.00 .

    4.  The Trustee made disbursements to creditors as follows:


 ----------------------------------------------------------------------------
 CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
 ----------------------------------------------------------------------------
 ARMOR SYSTEMS CORP        UNSECURED       NOT FILED           .00           .00
 CAPITAL ONE BANK          UNSECURED         1736.22           .00           .00
 COMED                     UNSECURED       NOT FILED           .00           .00
 CREDIT MANAGEMENT INC     UNSECURED       NOT FILED           .00           .00
 DUPAGE HOUSING AUTHORITY  UNSECURED       NOT FILED           .00           .00
 ENTERPRISE RENT A CAR     UNSECURED       NOT FILED           .00           .00
 NICOR GAS                 UNSECURED       NOT FILED           .00           .00
 PARK DANSAN               UNSECURED       NOT FILED           .00           .00
 PROFESSIONAL ACCOUNT MGM  UNSECURED       NOT FILED           .00           .00
 WEST ASSET MANAGEMENT     UNSECURED       NOT FILED           .00           .00
 ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      314.00           .00        314.00
 PORTFOLIO RECOVERY ASSOC  UNSECURED          261.73           .00           .00
 ROUNDUP FUNDING LLC       UNSECURED          201.79           .00           .00
 ECMC                      UNSECURED         1809.40           .00           .00
        Summary of disbursements:
 ----------------------------------------------------------------------------
                         SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
 ----------------------------------------------------------------------------
 TOTAL CLMS ALLOWED          .00      314.00      4009.14        .00       4323.14
 PRINCIPAL PAID              .00      314.00          .00        .00        314.00
 INTEREST PAID               .00          .00         .00        .00            .00
 TOTAL PAID                  .00      314.00          .00        .00        314.00
 The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $    3500.00
 and was paid $    270.04 .

 The Trustee received $      32.96 .

 Refunds to the Debtor totaled $         .00 .

       Wherefore, the Trustee requests an order be entered discharging
 the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 10/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE